IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California; SACRAMENTO AREA SEWER DISTRICT, a county sanitation district,<br><br>      Defendants.<br>_____/<br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO, a municipality,<br><br>      Defendant.<br>_____/ | No. CIV S-11-0575 KJM-EFB<br><br><br><br><br><br><br><br><br><br><br><br>No. CIV S-11-0601 GEB-DAD<br><br><br><br><br><br>RELATED CASE ORDER |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both actions involve similar questions of fact and the same questions of law. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1    The parties should be aware that relating cases under Rule 123 causes the actions
2 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
3 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
4 assigned.
5    As a result, it is hereby ORDERED that CIV S-11-0601 GEB-DAD, is reassigned
6 from District Judge Garland Burrell to the undersigned and from Magistrate Judge Drozd to
7 Magistrate Judge Brennan.  Henceforth, the caption on documents filed in the reassigned case
8 shall be shown as: CIV S-11-0601 KJM-EFB.
9    It is further ORDERED that the Clerk of the Court make appropriate adjustment
10 in the assignment of civil cases to compensate for this reassignment.
11    IT IS SO ORDERED.
12 DATED:  April 7, 2011.

UNITED STATES DISTRICT JUDGE