Layne Friedrich (Bar No. 195431)
Layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
Drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

SOMACH SIMMONS & DUNN
A Professional Corporation
ROBERTA L. LARSON, (SBN 191705)
Email: blarson@somachlaw.com
KANWARJIT S. DUA, ESQ. (SBN 214591)
Email: kdua@somachlaw.com
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Defendants
COUNTY OF SACRAMENTO and
SACRAMENTO AREA SEWER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>              Plaintiff,<br><br>         v.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California, SACRAMENTO AREA SEWER DISTRICT, a county sanitation district;<br><br>              Defendants. | Civil Case No.: 2:11-cv-00575 KJM-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>**Civil Local Rule 144** |

1  **WHEREAS**, the California Sportfishing Protection Alliance (CSPA) filed its complaint in the above-captioned case on March 1, 2011;

3  **WHEREAS**, Plaintiff served the summons and complaint on Defendants on May 26, 2011;

4  **WHEREAS**, Defendants acknowledged receipts of the summons and complaint on May 27, 2011;

6  **WHEREAS**, the standard time for the County of Sacramento and the Sacramento Area Sewer District (SASD) to respond to the Plaintiff's complaint is twenty-one (21) days from May 27, 2011;

8  **WHEREAS**, the parties have exchanged written proposals for settlement and are in the process of negotiating specific terms, and the parties believe that settlement is likely. Therefore, the parties agree that an extension for Defendant to respond to the complaint will save resources.

11 **WHEREAS**, there have been no previous extensions of time in this case.

12 **THEREFORE, IT IS HEREBY STIPULATED** by and between CPSA and the County and the SASD, through their respective counsel of record, that the County and SASD shall have an extension of sixty (60) days to and including July 26, 2011, within which to respond to CSPA's complaint. The Parties enter this stipulation pursuant to Civil Local Rule 144.

Respectfully submitted,

LAWYERS FOR CLEAN WATER, INC.

Dated: May 27, 2011                 By: /s/ Drevet Hunt_____
                                    Drevet Hunt, Attorney for Plaintiff
                                    CALIFORNIA SPORTFISHING
                                    PROTECTION ALLIANCE

1
2      SOMACH SIMMONS & DUNN
       A Professional Corporation
3
4  Dated: May 27, 2011           By:  /s/ Kanwarjit S. Dua (as authorized on May 27, 2011)
                                      Kanwarjit S. Dua, Attorney for Defendants
5                                     COUNTY OF SACRAMENTO and
                                           SACRAMENTO AREA SEWER
6                                          DISTRICT
7
8                                     COUNTY OF SACRAMENTO, a political
                                      subdivision of the state of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Order**

PURSUANT TO THE STIPULATION, the County and SASD shall file their response to Plaintiff's complaint on or before July 26, 2011.

IT IS SO ORDERED.

Dated:  May 31, 2011.

_____
UNITED STATES DISTRICT JUDGE