SOMACH SIMMONS & DUNN
A Professional Corporation
Roberta L. Larson (SBN 191705)
  Email: Rlarson@somachlaw.com
Kanwarjit S. Dua (SBN 214591)
  Email: Kdua@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199

Attorneys for Defendant COUNTY OF SACRAMENTO and SACRAMENTO AREA SEWER DISTRICT

Layne Friedrich (Bar No. 195431)
  Email: Layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
  Email: Drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE SECTION 6103**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, a political subdivision of the State of California, SACRAMENTO AREA SEWER DISTRICT, a county sanitation district;<br><br>    Defendants. | Civil Case No.: 2:11-cv-00575 KJM-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>**Civil Local Rule 143 and 144** |

**WHEREAS**, the California Sportfishing Protection Alliance (CSPA) filed its complaint in the above – captioned case on March 1, 2011;

**WHEREAS**, CSPA served the summons and complaint on Defendants the County of Sacramento and Sacramento Area Sewer District on May 26, 2011;

**WHEREAS**, Defendants acknowledged receipts of the summons and complaint on May 27, 2011;

**WHEREAS**, Defendants response to the complaint was initially due on or before June 17, 2011;

**WHEREAS**, CSPA and Defendant agreed to an initial stipulation extending the time for Defendants to respond to the complaint to and including July 26, 2011, which the Court granted;

**WHEREAS**, although the Parties exchanged initial drafts of a proposed consent decree that would fully resolve this matter, Defendants assert they require additional time to develop programmatic elements aimed at reducing and eliminating sewer system overflows to be incorporated into a consent decree;

**WHEREAS**, the Parties continue to believe that settlement of all claims in this matter is likely and that a further extension of time for Defendants to answer CSPA's complaint is in the interests of judicial and the respective clients' economy;

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and Defendants, through their respective counsel of record, that Defendants shall have an additional thirty (30) days to and including August 25, 2011, within which to answer CSPA's complaint.

|  |  |
|---|---|
|  | SOMACH SIMMONS & DUNN<br>A Professional Corporation |
| Dated: July 22, 2011 | By: /S/ Kanwarjit S. Dua<br>     Kanwarjit S. Dua<br>     Attorney for Defendant<br>     COUNTY OF SACRAMENTO and<br>     SACRAMENTO AREA SEWER DISTRICT |

Dated: July 22, 2011						LAWYERS FOR CLEAN WATER, INC.


							By: /S/ Drevet Hunt
								Drevet Hunt
								Attorney for Plaintiff
								CALIFORNIA SPORTFISHING
								PROTECTION ALLIANCE

**ORDER**

PURSUANT TO THE STIPULATION, County of Sacramento and Sacramento Area Sewer District shall file its response to Plaintiff's complaint on or before August 25, 2011.

**IT IS SO ORDERED.**

Dated: July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE